NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**SENSORMATIC ELECTRONICS CORPORATION,**
*Plaintiff-Appellant,*

v.

**WG SECURITY PRODUCTS, INC. and
EAS SENSORSENSE, INC.,**
*Defendants-Appellees.*

---

2009-1583

---

Appeal from the United States District Court for the Eastern District of Texas in No. 04-CV-0167, Judge T. John Ward.

---

**JUDGMENT**

---

DONALD R. DUNNER, Finnegan Henderson Farabow Garrett & Dunner, LLP, of Washington, DC, argued for plaintiff-appellants. With him on the brief was ANDREW J. VANCE. Of counsel was ERIK R. PUKNYS, of Palo Alto, California.

ROBERT R. WATERS, Waters Law Group, PLLC, of Louisville, Kentucky, argued for defendants-appellees. With him on the brief was ENRICO A. MAZZOLI.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (BRYSON, PLAGER, and PROST, *Circuit Judges*).

**AFFIRMED.** *See* **Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

| November 8, 2010 | /s/ Jan Horbaly |
|---|---|
| Date | Jan Horbaly |
| | Clerk |